

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00420-CR, 04-22-00421-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B19-843-1, B19-622-1
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we reform the trial court's June 24, 2022 judgments in cause numbers B19843-1 and B19622-1 by changing the "Reimbursement Fees" amount in each judgment to 0.  We make no other changes to the judgments.  As reformed, the trial court's judgments are AFFIRMED.

SIGNED December 18, 2024.

_____
Lori Massey Brissette, Justice